

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Sadhna M. Patel and Seth Parrish and In the Interest of A.K.P.P., a Child

No. 06-21-00046-CV

Appeal from the 233rd District Court of Tarrant County, Texas (Tr. Ct. No. 233-659830-19).  Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter*  participating.  *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below.  Therefore, we reverse the trial court's conservatorship order and remand the matter to the trial court for further proceedings, including consideration of what amount and kind of access is appropriate under the circumstances of this case and what safeguards are necessary to protect the child's well-being.  We affirm the remainder of the trial court's judgment.

We further order that the appellant and appellee shall each pay one-half of all costs incurred by reason of this appeal.

RENDERED MARCH 10, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk